UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARTURO OSIEL VALENCIA BARRERA,

Plaintiff,

v.

WHATCOM COUNTY SHERIFF'S OFFICE ET AL.,

Defendants.

Case No. 2:25-cv-02129-JNW-TLF

ORDER

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is dismissed for failure to state a claim under 42 U.S.C. § 1983.

(3) All pending motions (Dkts. 20, 22, 24, 25, and 26) are denied as moot.

(4) The Clerk is directed to send copies of this order to plaintiff and to the Hon. Theresa L. Fricke.

Dated this _28_ day of August, 2026 .

Jamal N. Whitehead
United States District Judge